IN THE MATTER OF THE OPEN-
ING OF GRISWOLD STREET IN THE CITY OF
DETROIT (JOSEPH CAMPAU, CLAIM-
ANT).

JOURNAL ENTRIES (1831): *Journal 4:* (1) Motion to set aside assignment of errors overruled, plea to errors set aside *p. 460; (2) cause argued, submitted *p. 461; (3) proceedings below quashed *p. 466.

PAPERS IN FILE: (1) Affidavit and petition for certiorari and supersedeas, allocatur; (2) bond for certiorari and supersedeas; (3) precipe for certiorari and supersedeas; (4) writ of certiorari and copy of affidavit; (5) writ of supersedeas and return; (6) return to certiorari; (7) subpoena duces tecum and return; (8) assignment of errors; (9) plea to errors.

*1824–36 Calendar,* MS p. 213.

IN THE MATTER OF HORACE
SEKINS, A PRISONER INDICTED FOR
LARCENY.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Rule to transfer prisoner *p. 464.

PAPERS IN FILE: [None]